IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRELL WILLIAMS,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-00433-KD-B |
| **BENJAMIN TAYLOR,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is further **ORDERED** that Plaintiff's Application for Temporary Restraining Order or in the Alternative Motion for Preliminary Injunction (Doc. 3) is hereby **DENIED.**

**DONE** this the 19th day of February, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**