IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 08-00433-KD-B |
| **BENJAMIN TAYLOR,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Application for Temporary Restraining Order or in the Alternative Motion for Preliminary Injunction (Doc. 3) be and is hereby **DENIED.**

**DONE** this the 19th day of February, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**