# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DARRELL WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 08-00433-KD-N |
| **BENJAMIN TAYLOR, *et al*.,** | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated May 21, 2010, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion to Amend (Doc. 24) is **DENIED** and that the Motion to Amend to add Jury Demand (Doc. 25) is **GRANTED.**

**DONE** and **ORDERED** this the **15th** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**