IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 08-0433-KD-N |
| | ) | |
| BENJAMIN TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated May 17, 2011 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Plaintiff's Motion for Leave (Doc. 84) is **DENIED** and that the Plaintiff's Motion to Amend (Doc. 106) is **GRANTED in part** and **DENIED in part** as set forth in the Report & Recommendation.

The Clerk is **DIRECTED** to attempt service of process, including copies of the pending complaint and amended complaint, upon Defendant Mobile Infirmary Health Care Systems d/b/a Thomas Hospital, to the address provided by Plaintiff.

**DONE** and **ORDERED** this the **14th** day of **June 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**