IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL WILLIAMS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 08-0433-KD-N |
| | ) | |
| BENJAMIN TAYLOR, *et al.*, | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's federal claims (Doc. 132, Counts One through Five, Eleven, Eighteen and Twenty) are **DISMISSED with prejudice;** and that the Plaintiff's state law claims (Doc. 132, Counts Six through Ten, Twelve through Seventeen, Nineteen and Twenty-One through Twenty-Nine) are **DISMISSED without prejudice.**

**DONE** and **ORDERED** this the **1**st day of **September 2011.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**