**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DARRELL WILLIAMS, )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>BENJAMIN TAYLOR, *et al.*, )<br>     Defendants. ) | CIVIL ACTION NO. 08-0433-KD-N |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's federal claims (Doc. 132, Counts One through Five, Eleven, Eighteen and Twenty) are **DISMISSED with prejudice;** and that the Plaintiff's state law claims (Doc. 132, Counts Six through Ten, Twelve through Seventeen, Nineteen and Twenty-One through Twenty-Nine) are **DISMISSED without prejudice.**

**DONE** and **ORDERED** this the **1st** day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**